JULES E. SLOTNICK, Respondent, v. FRIEDA KLEIN, as Administratrix of the Estate of ALEXANDER KLEIN, Deceased, Appellant.— In an action to recover bonuses in pursuance of a contract of employment, judgment in favor of plaintiff unanimously affirmed, with costs. The proof supports the judgment. Insofar as there may be a variance between the pleadings and the proof, the pleadings are amended to conform to the proof. (Civ. Prac. Act, §§ 109, 434.) Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

MARIE E. ZETLIN, Appellant, v. CLARA DOREAU, Respondent, et al., Defendants.— In an action on a promissory note made by defendant Doreau, of which plaintiff alleges she is the holder in due course, plaintiff appeals from an order denying her motion to strike two items from a notice of examination before trial. Order affirmed, with $10 costs and disbursements. No opinion. Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

(November 10, 1952.)

SARAH ADAMS, Respondent, v. ARCHIBALD HORTON, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

In the Matter of the Application of DAVID A. GREENE for Admission to the Bar.— Application for admission to the Bar denied upon the ground that the applicant has failed to satisfy this court that he possesses the character and general fitness requisite for an attorney and counsellor at law, as required by paragraph a of subdivision 1 of section 90 of the Judiciary Law. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.